1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6
7
8

RAYMOND H. RODRIGUEZ,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

Defendant.

_____/

Case No.  1:15-cv-01627-SKO

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR EXTENSION OF TIME TO**
**FILE HIS OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

(Doc. 18)

9
10
11
12
13
14
15
16

On April 14, 2016, Plaintiff filed a motion seeking a twenty-eight (28) day extension of time to file an opposition to Defendant's motion to dismiss.  (Doc. 18.)  Defendant has filed a Statement of Non-Opposition to Plaintiff's request for extension.  (Doc. 20.)  In his motion, Plaintiff states that the extension is necessary because Plaintiff's counsel needs more time to gather information from Plaintiff regarding the timeliness of Plaintiff's complaint.

17
18
19
20
21

Accordingly, IT IS HEREBY ORDERED that:

22
23

1.      Plaintiff's Motion for Extension of Time to File His Opposition to Defendant's Motion to Dismiss is GRANTED, and

24
25

2.      Plaintiff's opposition to Defendant's Motion to Dismiss must be filed on or before May 12, 2016.

IT IS SO ORDERED.

26
27
28

Dated:   __April 20, 2016__                         _____/s/ Sheila K. Oberto__
                                                        UNITED STATES MAGISTRATE JUDGE